UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * |
| vs. | * MISCELLANEOUS NO. B-03-014 * * |
| YVONNE L. BAZAN | * |

### PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Internal Revenue Service Officer Linda Briones, Petitioners, through Michael T. Shelby, United States Attorney for the Southern District of Texas, request this Court to enter an order enforcing an Internal Revenue Service summons issued to Yvonne L. Bazan. In support thereof, the Petitioners would show the following:

### JURISDICTION

1. This Court has subject matter jurisdiction under authority of 28 U.S.C. §§1340 and 1345.

2. This Court has jurisdiction to issue appropriate process upon application by the Petitioners under authority of 26 U.S.C. §§7402(b) and 7604(a).

### VENUE

3. Venue is proper in the Southern District of Texas because Respondent, Yvonne L. Bazan, resides in, or can be found in, the Southern District of Texas.

### ENFORCEMENT ACTION

4. An Internal Revenue Service summons was issued by Internal Revenue Service Officer Linda Briones to Yvonne L. Bazan on February 7, 2003 under the authority of 26 U.S.C. §7602. The Declaration of Revenue Officer Linda Briones supporting this action is attached hereto as Government's Exhibit "1" and incorporated herein by reference. A copy of the summons is attached as Government's Exhibit "A" to the Declaration of Revenue Officer Linda Briones (Government's Exhibit "1") and incorporated herein by reference.

5. The summons directed Yvonne L. Bazan to appear and give testimony and to bring with her "[a]ny and all records related to all assets and liabilities belonging to and in the possession of Dennis Rendon. Including any and all records relating to...[a] 1999 Harley Davidson 1450 Road King purchased in 1998 and financed in the name of Yvonne Rendon with Harley Davidson Credit".

6. The summons was issued for the legitimate purpose of enabling a representative of the IRS to conduct an investigation into the tax liability of Dennis Rendon New York Deli for the periods/calendar years ending December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, September 31, 2001, and December 31, 2001. At the time that the IRS summons at issue was served, the Respondent was married to Dennis Rendon.

7. On March 26, 2003, the government mailed a demand letter (Government's Exhibit "2") for compliance to the IRS Summons to Yvonne L. Bazan via certified mail, return-receipt requested and via First-Class mail; however, Ms. Bazan has not contacted any government officials regarding this summons.[1]

8. The information sought by the summons is not within the possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code, Title 26, U.S.C., have been followed with respect to the issuance of the summons.

10. The summons was served on February 7, 2003 in accordance with 26 U.S.C. §7603 by Revenue Officer Linda Briones who securely taped a sealed envelope to the front door of Ms. Bazan's last and usual place of abode located at 441 Jose Marti Blvd., Apt. #202, Brownsville, Texas 78526. A certificate of service of the summons was signed as required by 26 U.S.C. §7603. A copy of said certificate of service is attached on the reverse side of Exhibit "A" to the

---

[1]The letter that was sent via Certified Mail, Return Receipt Requested was returned to the U. S. Attorney's Office as "unclaimed".

2

Declaration of Revenue Officer Linda Briones (Government's Exhibit "1") and incorporated herein by reference.

11. On the date the summons was issued, and at the date this action commenced, there was no Department of Justice referral in effect, as defined by 26 U.S.C. §7602(c), with respect to Yvonne L. Bazan or Dennis Rendon New York Deli.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, the Petitioners respectfully pray that this Court enter an Order requiring Yvonne L. Bazan to appear at a date and hour to be determined by the Court to show cause why they should not be directed by the Court to comply with the summons; and after notice and hearing, enter an Order requiring Yvonne L. Bazan to give testimony, produce the aforenoted records, papers or documents, or to show cause why Respondent should not be held in civil contempt for failing to produce the records previously subpoenaed.

Petitioners further pray that the Court authorize any United States Marshal, or a representative of the Internal Revenue Service, to serve a copy of this Petition and the Order to Show Cause to Yvonne L. Bazan.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>Petitioner )<br>)<br>)<br>v. )<br>)<br>YVONNE L. BAZAN )<br>)<br>)<br>Respondent ) | CIVIL ACTION NO. _____ |

**DECLARATION**

1.  My name is Linda Briones. I am a duly commissioned Revenue Officer employed in Area 10 of the Small Business/Self Employed Operating Division of the Internal Revenue Service at 2701 South Business 77 Sunshine Strip Stop 5370 HARL, Harlingen, Tx 78550. This Declaration is made on personal knowledge in support of the Petition to Enforce Internal Revenue Service Summons filed by the United States of America herewith.

2.  In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Dennis Rendon New York Deli, for the quarterly periods ending December 31, 1999, March 31, 2000, June 30, 2000, September 30, 2000, December 31, 2000, March 31, 2001, June 30, 2001, September 30, 2001, and December 31, 2001.

3.  In furtherance of the above investigation and in accordance with Section 7602 of Title 26. U.S.C., I issued on February 7, 2003, an administrative summons, Internal Revenue Service Form 2039, to Yvonne L. Bazan, to give testimony and to produce for examination

1

GOVERNMENT EXHIBIT

books, papers, records, or other data as described in said Summons.

The Summons is attached to the Petition as Exhibit 1.

4. In accordance with Section 7603 of Title 26, U.S.C., on February 7, 2003, I served an attested copy of the Internal Revenue Service Summons, described in Paragraph 3 above, on the Respondent, Yvonne L. Bazan, by leaving summons at the last and usual place of abode located at 441 Jose Marti Boulevard Apartment 202, Brownsville, Texas 78526 by placing in a sealed envelope taped securely to the front door, as evidenced in the certificate of service on the reverse side of the summons.

5. On February 18, 2003, the Respondent, Yvonne L. Bazan, did not appear. The Respondent's refusal to comply with the Summons continues to the date of this Declaration.

6. The books, records, papers, and other data sought by the summons are not in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a Summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to inquire into any offense connected with the administration or enforcement of the internal revenue laws concerning the taxpayer identified. In specific requested any and all records related to assets and liabilities belonging to and in the possession of the taxpayer as well as any and all records related to a 1999 Harley Davidson in the name of Yvonne Rendon (also known as Yvonne Bazan) but in the possession of the taxpayer..

I declare under penalty of perjury that the foregoing is true and correct. "See 28 U.S.C., Section 1746".

2

Executed this 20th day of February, 2003.

_____
Revenue Officer

# Summons

**In the matter of** Dennis Rendon New York Deli 2045 Central Boulevard Brownsville, Texas 78520

**Internal Revenue Service (Division):** SB/SE

**Industry/Area (name or number):** 15

**Periods** December 31,1999, March 31,2000, June 30,2000, September 30,2000, December 31, 2000, March 31,2001, June 30,2001, September 31,2001, December 31,2001

## The Commissioner of Internal Revenue

**To** Yvonne L. Bazan
**At** 441 Jose Marti Boulevard Apartment 202 Brownsville, Texas 78526

You are hereby summoned and required to appear before **Linda Briones**, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Any and all records related to all assets and liabilities belonging to and in the possession of Dennis Rendon. Including any and all records relating to the following asset - 1999 Harley Davidson 1450 Road King purchased in 1998 and financed in the name of Yvonne Rendon with Harley Davidson Credit.

**Business address and telephone number of IRS officer before whom you are to appear:**

2701 S. 77 Sunshine Strip Stop 5370 HARL, Harlingen, Tx 78550   956-365-5136

**Place and time for appearance at:** 2701 S. 77 Sunshine Strip Stop 5370 HARL, Harlingen, Tx 78550

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev.12-2001)
Catalog Number 21405J

on the _18th_ day of _February_, 2003 at _10:00_ o'clock _A._ m.

Issued under authority of the Internal Revenue Code this _7th_ day of _February_, 2003

_____
Signature of Issuing Officer

Revenue Officer
Title

_____
Signature of Approving Officer (if applicable)

Title

**GOVERNMENT EXHIBIT "A"**

Original -- to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| February 7, 2003 | 2:25 PM |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☑ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _in a sealed envelope taped securely to front door_

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____    Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☑ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  |  |

Form **2039** (Rev. 12-2001)


*U.S. Department of Justice*

*United States Attorney*
*Southern District of Texas*

*U.S. Courthouse*  *Phone (956) 548-2554*
*600 E. Harrison, # 201*  *Fax (956) 548-2549*
*Brownsville, TX 78520*

March 26, 2003

Yvonne L. Bazan
441 Jose Marti Blvd., Apt. # 202
Brownsville, TX 78526

In Re: **IRS Enforcement of Summons Issued February 7, 2003 In the Matter of: Dennis Rendon New York Deli, 2045 Central Blvd., Brownsville, TX 78520**

Dear Ms. Bazan:

    I am writing to request your compliance with an IRS Summons issued February 7, 2003 requiring your presence before the IRS to give testimony and to bring and produce the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the Internal Revenue laws concerning the person and/or entity identified above for the following periods: December 31, 1999; March 31, 2000; June 30, 2000; September 30, 2000; December 31, 2000; March 31, 2001; June 30, 2001; September 31, 2001; and December 31, 2001. This summons demand included any and all records related to all assets and liabilities belonging to and in the possession of Dennis Rendon including any and all records relating to the following asset: 1999 Harley Davidson 1450 Road King purchased in 1998 and financed in the name of Yvonne Rendon with Harley Davidson Credit. IRS Revenue Agent Linda Briones served you with a summons on February 7, 2003 requiring you to appear before her on February 18, 2003 at 10:00 a.m. at the IRS offices located at 2701 S. 77 Sunshine Strip, Harlingen, Texas. A copy of the summons is attached herein for your review.

    You have failed to comply with the IRS summons. If you fail to comply with this final request for your compliance, this office will initiate a petition for enforcement of summons with the United States District Court and seek a court order requiring your compliance with the summons. If you fail to obey the Court's order, the Court may hold you in contempt for disobedience and hold you in contempt of court. A finding of contempt can bring an assessment of fines against you and possibly send you to jail.

    In order to avoid any further legal action, please contact me by April 11, 2003 at the United States Attorney's Office in Brownsville, Texas at (956) 548-2554; Extension 241 and make the necessary arrangements to comply with the IRS summons. If you fail to make the necessary arrangements by April 11, 2003 or obtain compliance with the summons by April 25, 2003, this office will proceed to Federal court against you. This is your final warning or "last chance" to comply with the IRS summons.

GOVERNMENT EXHIBIT "2"

Page 2
March 19, 2003

    I look forward to hearing from you to make the necessary arrangements for your compliance with the IRS summons. Your cooperation in this matter will be appreciated.

                        Respectfully,

                        MICHAEL T. SHELBY
                        UNITED STATES ATTORNEY

                        NANCY L. MASSO
                        Assistant United States Attorney

NLM:mt

cc:    Linda Briones, IRS Revenue Officer
       Bruce Wilpon, IRS Senior Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Petition to Enforce Internal Revenue Service Summons was mailed via certified mail, return receipt requested to Yvonne L. Bazan, 441 Jose Marti Blvd., Apt. #202, Brownsville, TX 78526 on this the 6th day of JUNE, 2003.

NANCY L. MASSO
Assistant U. S. Attorney