Case 1:03-mc-00014   Document 3   Filed in TXSD on 06/30/2003   Page 1 of 1

3

United States District Court
Southern District of Texas
FILED

JUN 3 0 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

SHOW CAUSE HEARING

CIVIL ACTION NO. MC B-03-014   DATE & TIME 6/30/03 @ 2:05 pm - 2:10 pm

COUNSEL:

UNITED STATES OF AMERICA AND   § NANCY MASSO, AUSA
LINDA BRIONES, REVENUE OFFICER
OF THE IRS

VS   §

YVONNE L. BAZAN   §

Courtroom Deputy: Irma Soto
Law Clerk:
Court Reporter:   Barbara Barnard
CSO:   Figueroa

Case called on the docket.

Deft not present. Govt informs the Court that service has not been had on the Deft and requests a 30-day continuance to effect service. GRANTED by the Court. Hearing is reset 7/23/03 @ 8:30 a.m. Govt is to submit another order for the Court's consideration.

Court is adjourned.