UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer<br>of the Internal Revenue Service<br><br>vs.<br><br>YVONNE L. BAZAN | *<br>*<br>*   MISCELLANEOUS NO. B-03-014<br>*<br>*<br>*<br>* |

### ORDER TO SHOW CAUSE

Pursuant to the Petition to Enforce Internal Revenue Service Summons filed by the United States of America, on behalf of the IRS, it is

ORDERED that Yvonne L. Bazan appear before the District Court of the United States for the Southern District of Texas, Brownsville Division, 3rd Floor Courtroom, 600 E. Harrison Street, Brownsville, Texas, presided over by the undersigned, on the 23rd day of July, 2003, at 8:30 a.m., to show cause why she should not be compelled to obey the summons served on her, and that the Respondent file her written response to the Petition to enforce Internal Revenue Service Summons no later than (3) days before the above date;

IT IS FURTHER ORDERED that a copy of this Order together with the Petition to Enforce Internal Revenue Service Summons and the Government's exhibits attached thereto, be served upon Yvonne L. Bazan at a reasonable time prior to the time set for hearing.

SIGNED on this the 1st day of July, 2003 in Brownsville, Texas.

UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney
      Brownsville, Texas

      Linda Briones, Revenue Officer
      Internal Revenue Service
      2701 S. 77 Sunshine Strip
      STOP 5370 HARL
      Harlingen, Texas 78550