# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA AND LINDA BRIONES REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE | B-03-014 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| YVONNE BAZAN | Ptn to Enforce; Order to Show Cause and Summons |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
YVONNE BAZAN

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
441 Jose Marti Blvd. Apt. 202
Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

NANCY L. MASSO
Assistant U. S. Attorney
600 E. Harrison St. #201
Brownsville, TX 78520

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

HAND DELIVER A COPY OF THE PETITION TO ENFORCE IRS SUMMONS; ORDER TO SHOW CAUSE; AND SUMMONS TO THE ABOVE-NAMED INDIVIDUAL AND/OR ANY OTHER QUALIFIED KKK MEMBER.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
NANCY L. MASSO, AUSA
TELEPHONE NUMBER: (956) 548-2554 ext 241
DATE: 7/8/03

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 79
District to Serve No. 79
Signature of Authorized USMS Deputy or Clerk
Date: 7/8/03

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above):
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 7/10/03
Time: 5:08 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 3.60 | | 48.60 | | | |

REMARKS: process was served on 7-10-03 @ 5:08 pm 10 miles Rt 1 DUSM

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)