MISCELLANEOUS 6

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA and LINDA BRIONES, REVENUE OFFICER OF THE INTERNAL REVENUE SERVICE | COURT CASE NUMBER: B-03-014 |
| DEFENDANT: ~~DENNIS X REMBRANX NEW XX WORK XKKK~~ YVONNE L. BAZAN | TYPE OF PROCESS: Ptn to Enforce; Order to Show Cause and Summons |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~XXXXXXX~~ YVONNE L. BAZAN

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
441 Jose Marti Blvd. Apt #202
Brownsville, TX 78526

United States District Court
Southern District of Texas
FILED
JUL 17 2003
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

~~NANXXL~~ NANCY L. MASSO
Assistant U. S. Attorney
600 E. Harrison St. #201
Brownsville, TX 78520

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE: (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

HAND DELIVER A COPY OF THE PETITION TO ENFORCE IRS SUMMONS; ORDER TO SHOW CAUSE; AND SUMMONS TO THE ABOVE-NAMED INDIVIDUAL AND/OR ANY OTHER QUALIFIED MEMBER.

Signature of Attorney or other Originator requesting service on behalf of: NANCY L. MASSO, AUSA
X PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 956-548-2554 Ext 241
DATE: 6/6/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: ___  Time: ___ am/pm

Signature of U.S. Marshal or Deputy: [signed]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| ∅ | $32.85 | | $32.85 | | |

REMARKS:
6/23/03 Endeavor made. 30 miles.
6/25/03 Endeavor made " "
6/30/03 Unable to Locate. Mrs. Bazan is employed in Matamoros. Although the Address is good, She Seldoms stays there. 30 miles. RC

PRIOR EDITIONS MAY BE USED          1. **CLERK OF THE COURT**          FORM USM-285 (Rev. 12/15/80)