IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 23 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA and LINDA BRIONES, Revenue Officer of the Internal Revenue Service | * * * * |
| Petitioners, | * |
| v. | *  Miscellaneous<br>*  Civil Action No. B-03-014<br>* |
| YVONNE BAZAN, | * * |
| Respondent. | * |

## UNITED STATES OF AMERICA'S MOTION TO DISMISS (UNOPPOSED)

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and Linda Briones, Revenue Officer for the Internal Revenue Service, Petitioners herein, move to dismiss their "Petition to Enforce Internal Revenue Service Summons," because Respondent came forward and complied with the summons on July 23, 2003. Therefore, the issues raised in their Petition are now moot.

### Statement of Consultation

I verify that on July 23, 2003, I advised the Respondent that I would file this motion and the Respondent indicated that she would not oppose it.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray that this Court grant this motion and dismiss this action.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

**CERTIFICATE OF SERVICE**

    I certify that a copy of the true and foregoing United States of America's Unopposed Motion to Dismiss was mailed July 23, 2003 via First Class Mail and Certified Mail, Return Receipt Requested to Respondent Yvonne Bazan at 441 Jose Marti Boulevard, Apartment 202, Brownsville, Texas 78526.

NANCY L. MASSO
Assistant United States Attorney