THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

SHOW CAUSE HEARING

CIVIL ACTION NO. MC B-03-014     DATE & TIME 7/23/03 @ 8:45 - 8:46 a.m.
                                             COUNSEL:

UNITED STATES OF AMERICA AND          § NANCY MASSO, AUSA
LINDA BRIONES, REVENUE OFFICER
OF THE IRS

VS                                    §

YVONNE L. BAZAN                       §

Courtroom Deputy: Irma Soto
Law Clerk:       Christian Southwick
Court Reporter:  Barbara Barnard
CSO:

Case called on the docket.

Nancy Masso, AUSA, appeared for the Plaintiffs. Deft, Bazan, is present. Ms. Masso informs the Court that Deft has complied and hearing is no longer needed.

Court is adjourned.