IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and<br>LINDA BRIONES, Revenue Officer of<br>the Internal Revenue Service | *<br>*<br>*<br>* | |
| Petitioners, | * | |
| v. | •<br>*<br>* | Miscellaneous<br>Civil Action No. B-03-014 |
| YVONNE BAZAN, | *<br>* | |
| Respondent. | * | |

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER OF DISMISSAL

On July 23, 2003. Petitioners, through their attorney of record, Assistant United States Attorney, Nancy Masso, appeared in Court and advised this Court that the issues raised in the "Petition to Enforce Internal Revenue Service Summons" were being resolved. Respondent, Yvonne Bazan was also present in the courtroom. Petitioners, by way of an unopposed motion to dismiss have now advised this Court that all matters raised in their Petition have been resolved and that the issues raised therein are now moot.

THEREFORE, IT IS ORDERED that the United States Unopposed Motion to Dismiss be GRANTED and that this matter is hereby DISMISSED. Costs are to be assessed against the party incurring same.

Signed this 4th day of August, 2003.

ANDREW S. HANEN
United States District Judge